# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

| | |
|---|---|
| **TIMOTHY OBERT,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO.: |
|  | ) 5:21-CV-218-AW-MJF |
| **HCSG EAST, LLC,** | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Timothy Obert, by and through his undersigned counsel, and Defendant HCSG East, LLC, by and through its undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate and agree to dismiss the above-styled case *with* prejudice, with each party to bear and be responsible for the payment of their/its own respective costs and attorneys' fees.

Respectfully submitted this 29th day of March, 2022,

| | |
|---|---|
| *s/ James Garrity* (w/consent) | */s/Christine Howard* |
| James Garrity, Esq. | Christine Howard, Esq. |
| Marie Mattox, Esq. | Florida Bar No.: 872229 |
| MARIE A. MATTOX, P.A. | FISHER & PHILLIPS, LLP |
| 203 North Gadsden Street | 101 E. Kennedy Blvd. Suite 2350 |
| Tallahassee, Florida 32303 | Tampa, FL 33602 |
| marie@mattoxlaw.com | Telephone: (813) 769-7500 |
| jim@jimgarritylaw.com | Facsimile: (813) 769-7501 |
| | choward@fisherphillips.com |

*Attorneys for Plaintiff*

2

                                      */s/William Stevenson*
                                      William E. Stevenson
                                      Florida Bar No. 0109583
                                      SCOTT DUKES & GEISLER, P.C.
                                      211 Twenty Second Street North
                                      Birmingham, Alabama 35203
                                      Telephone: (205) 251-2300
                                      Email:wstevenson@scottdukeslaw.com

                                      *Counsel for Defendant HCSG East, LLC*

2